| | |
|---|---|
| THOMAS C CRAIG, | CASE NO. C12-927-MJP |
| Plaintiff, | ORDER GRANTING MOTION FOR ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The Court has considered plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. §406(b). The Court grants plaintiff's counsel's motion and authorizes an attorney fee of $18,441 in accordance with 42 U.S.C. §406(b). Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $4,289.48, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.

The clerk is ordered to provide copies of this order to all counsel.

Dated September 18, 2018.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge